Ryan Lee, Esq. (SBN 235879)
Nick Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
5055 Wilshire Blvd, Suite 300
Los Angeles, CA  90036
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT BERRY,<br><br>    Plaintiff,<br><br> vs.<br><br>NCO FINANCIAL SYSTEMS, INC,<br><br>    Defendant. | Case No.:<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)** |

## COMPLAINT

ROBERT BERRY (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively

disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e).*

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy".

5. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

*6.* Venue is proper pursuant to *28 U.S.C. 1391(b)(1).*

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

### PARTIES

8. Plaintiff is a natural person who resides in Fairlawn, Summit County, Ohio and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3).*

9. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

10. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or

COMPLAINT

due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6).*

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt (see calendar attached hereto as Exhibit "A").

12. Defendant constantly and continuously calls Plaintiff seeking to collect from "Bob Berry" or "Robert Berry."  Plaintiff's has on numerous occasions advised Defendant that he does not owe the debt and they are collecting from the wrong person. Regardless, Defendant's collection calls persist (see statement from Plaintiff attached hereto as Exhibit "B").

13. Defendant constantly and continuously places collection calls to 330-836-4380 and 330-836-6542. Defendant has been notified by Plaintiff that the person they are attempting to collect from does not live at these numbers, yet collection calls persist.

14. Defendant attempted to verify the SS# of the debtor with Plaintiff, and was notified that the debtor's SS# was not that of Plaintiff. Despite verification that the debt is not that of Plaintiff, Defendant continues to make collection calls.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a.  Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

    b.  Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiff in telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c.  Defendant violated *§1692e* of the FDCPA by using false, deceptive and misleading representation and means in connection with the debt collection.

d.  Defendant violated *§1692e(5)* of the FDCPA by threatening to take action which cannot legally be taken.

e.  Defendant violated *§1692e(10)* of the FDCPA by using false representation and deceptive means to collect a debt or obtain information about a consumer.

f.  Defendant violated *§1692f(1)* of the FDCPA by attempting to collect an amount not authorized by the agreement creating the debt or permitted by law.

WHEREFORE, Plaintiff, ROBERT BERRY, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

16. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

19. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, ROBERT BERRY, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  January 14, 2009                  KROHN & MOSS, LTD.


By: /s/ Ryan Lee_____
                Ryan Lee

Attorney for Plaintiff

- 4 -

COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF OHIO

    Plaintiff, BOB BERRY, states as follows:

1.    I am the Plaintiff in this civil proceeding.
2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.    I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.    I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.    Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.    Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, BOB BERRY, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _1—13—09_

_____
BOB BERRY

- 5 -

COMPLAINT

# **EXHIBIT A**

COMPLAINT

| NOVEMBER | | | | | | | JANUARY 2008 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | S | M | T | W | T | F | S |
| | | | | 1 | 2 | 3 | | | 1 | 2 | 3 | 4 | 5 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 25 | 26 | 27 | 28 | 29 | 30 | | 27 | 28 | 29 | 30 | 31 | | |

**THURSDAY 27**
361/4

**FRIDAY 28**
362/3

Called by Northland
Collection at home
bus upset Tried
Told to stop called
Beth Page 5:20
To complain This will
call them

**SATURDAY 29**
363/2

**SUNDAY 30**
364/1

Federico

**NOTES**

2 3 4 5 6 7
9 10 11 12 13 1·
16 17 18 19 20 2
23 24 25 26 27 2
30

WEEK 48

**MONDAY** 24
329/37

Kelly Thorne
8:00 AM
Jaguar Beige

**TUESDAY** 25
330/36

8:00 AM Jungein
2250 W mush

Bob Shaffer
Present the
Flag.

T gems over brung

**WEDNESDAY** 26
331/35

NCO called —
Natalie — Medical
800-485-2202
— MRS HARRIS —
MRS WRIGHT —
Onnugann Phys
— 3834 — let
55

**Notes**

**<u>EXHIBIT B</u>**

COMPLAINT

STATEMENT OF ROBERT W BERRY  JANUARY 13, 2009

During the last several years we have received abusive calls from NCO Collections.
Last year we got so fed up of the unrelenting calls I called the Bath Ohio Police
Department on December 28, 2007 to enlist their help in stopping the harassment.  The
harassment started again in 2008.

On Wednesday, November 26, 2008 I demanded to talk to whoever was responsible for
these calls.  I was referred to Natalie at medical, 1-800-485-2202, then to a Mrs. Harris,
and finely to a Mrs. Wright.  They gave me part of the debtor's s/s no 3834.  I told them it
was not me and to stop the harassment, she hung up on me.

The calls have not stopped.

We have no collections against us.  We are not behind in any payments due to any vendor
or supplier.  At last knowledge our combined credit rating is in excess of  849.

I Robert W. Berry hereby declare that the foregoing is true and correct to the best of my
knowledge.

Robert W. Berry                                     1 - 13 - 09