1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10635 Santa Monica Blvd. Suite 170
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff

5              **IN THE UNITED STATES DISTRICT COURT,**
          **EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION**
6

7  ROBERT BERRY,                          )   **Case No.: 2:09-cv-00114-JAM-EFB**
                                          )
8                                         )        **NOTICE OF SETTLEMENT**
              Plaintiff,                  )
9                                         )
          vs.                             )
10                                        )
   NCO FINANCIAL SYSTEMS, INC,            )
11                                        )
              Defendant.                  )
12  _____

13         NOW COMES the Plaintiff, ROBERT BERRY, by and through the undersigned counsel

14  and hereby informs the court that a settlement of the present matter has been reached and is in

15  the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next

16  40 days.

17         Plaintiff therefore requests that this honorable court vacate all dates currently set on

18  calendar for the present matter.

19                                  Respectfully Submitted,

20  DATED: February 20, 2009        KROHN & MOSS, LTD.

21

22                                  By: /s/ Ryan Lee                              _

23                                      Ryan Lee
                                        Attorney for Plaintiff
24

25

                                          - 1 -

                                  Notice of Settlement